THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS UNITED | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-3466-APM |
| U.S. DEPARTMENT OF STATE | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 17, 2020, Minute Order, Plaintiff Citizens United and Defendant Department of State ("State") respectfully submit this Joint Status Report to update the Court on review and processing of unclassified and classified responsive records to the Plaintiff's Freedom of Information Act ("FOIA") request.

*Unclassified Records*.  As of May 6, 2020, State has completed processing and production of the unclassified records potentially responsive to Plaintiff's FOIA request.

*Classified Records*.  On April 20, 2020, the Office of Personnel Management directed that plans for ramping back up Federal Government operations will follow the national guidelines for *Opening Up America Again*.  *See* Memorandum from Russell T. Vought, Acting Director, Office of Management and Budget and Michael J. Rigas, Acting Director, Office of Personnel Management (Apr. 20, 2020), https://www.whitehouse.gov/wp-content/uploads/2020/04/M-20-23.pdf.  Those guidelines include a phased approach for the resumption of normal activities, which can begin only after certain epidemiological "gating criteria" are met on a location-by-location basis.  *See id*. at 1-2.  Consistent with this guidance,

State is developing a phased approach for resumption of operations.  State's Washington, D.C., offices entered the second phase as of July 27, 2020.  Even during phase two, however, offices continue to maximize telework.  Accordingly, due to ongoing precautions taken to reduce likelihood of transmission or community spread of COVID-19 within the workplace, State expects that FOIA processing capabilities will continue to remain severely constrained after entry into this phase.  State is directing its very limited onsite resources to maximize the impact across its FOIA caseload.  But because of ongoing uncertainties, State is unable to provide an estimate at this time as to when it will be able to resume processing of the classified records potentially responsive to Plaintiff's FOIA request.

Dated:  September 15, 2020

Respectfully submitted,

 /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiff*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 /s/ Liam C. Holland
LIAM C. HOLLAND (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20530
Telephone:  (202) 514-4964
Email:  Liam.C.Holland@usdoj.gov

*Counsel for Defendant*